IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark Griffin, | : | |
| Plaintiff | : | Civil Action 2:06-cv-56 |
| | : | |
| v. | : | Judge Holschuh |
| | : | |
| Gary Croft, *et al.*, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 alleging that Defendants, three members of the Ohio Adult Parole Authority Board ("APA"), violated the equal protection clause and the constitution's bar against cruel and unusual punishment when they failed to provide Plaintiff with a timely first parole hearing.  This matter is before the Court on Magistrate Judge Abel's February 13, 2006 Report and Recommendation in which it was recommended that Plaintiff's February 6, 2006 motion for appointment of counsel (Doc. # 9) and his February 9, 2006 motion for court-ordered injunction (Doc. # 10) be denied.  No objections were filed to the Report and Recommendation.

The Court concludes that the Magistrate Judge accurately applied the law to Plaintiff's motions.  Therefore, in accordance with the provisions of 28 U.S.C. §636(b)(1)(C), the Court **ADOPTS** the Report and Recommendation and **DENIES** Griffin's February 6, 2006 motion for appointment of counsel (Doc. # 9) and February 9, 2006 motion for court ordered injunction

(Doc. # 10).

**IT IS SO ORDERED.**

April 20, 2006 /s/ John D. Holschuh
John D. Holschuh, Judge
United States District Court